

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00427-CV

_____

**JAY S. COOPER,**

**Appellant**

 **v.**

**HAMILTON COUNTY, HAMILTON INDEPENDENT
SCHOOL DISTRICT, CITY OF HAMILTON,
HAMILTON HOSPITAL DISTRICT AND HAMILTON
COUNTY APPRAISAL DISTRICT,**

**Appellees**

_____

### From the 220th District Court
### Hamilton County, Texas
### Trial Court No. CV04910

_____

## INTERIM ORDER DENYING MOTION IN PART

_____

Jay S. Cooper, appellant, has filed a motion to take judicial notice of documents in a prior appeal to this Court. Cooper asserts that the documents are necessary to determine jurisdiction in his current appeal.

Cooper's motion asserts that according to the on-line case management system, also known as TAMES (Texas Appeals Management and e-Filing System) we retain a copy of the file in the appeal docketed as 10-03-00283-CV. Cooper is incorrect. There is

an electronic docket sheet which is what remains on TAMES. Likewise, the Opinion and Judgment of this Court remain permanent records and copies have been retained. But everything else related to that proceeding has been destroyed as mandated by State law, TEX. GOV'T CODE ANN. § 51.204(d) (West 2013), and this Court's approved document retention policy. *See* TEX. GOV'T CODE ANN. § 441.185 (West 2012) (approval process). Thus, to the extent Cooper asks this Court to take judicial notice of anything other than the Court's prior opinion and judgment in 10-03-00283-CV, the motion is denied.

Cooper also asks this Court to take judicial notice of two documents filed with the district court clerk, the trial court's judgment and the notice of appeal, in the proceeding which underlies the 2003 appeal. He asserts that because these documents from outside the record in his current appeal are necessary to determine jurisdiction, we can use them for that purpose. At this juncture, we are unable to determine whether we will need these documents to determine this Court's jurisdiction.

Accordingly, as it relates to his motion to take judicial notice of exhibits 3 and 7 attached in his appendix to his brief filed on May 24, 2013, we do not rule on the motion and request a response from appellees, Hamilton County, Hamilton Independent School District, City of Hamilton, Hamilton Hospital District, and Hamilton County Appraisal District, as part of their brief on the merits when filed.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied in part and response requested
Order issued and filed June 13, 2013